USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMA BUSH,

    Plaintiff,

-against-

THE CITY OF NEW YORK,

    Defendant.

19-CV-5319 (KMW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of defendant's response to the Order to Show Cause (Dkt. No. 21) and prompt filing of a motion to dismiss the complaint (Dkt. No. 24), plaintiff's letter-application for a default judgment (Dkt. No. 16) is DENIED. As stated in the Order dated March 20, 2020 (Dkt. No. 23), plaintiff's opposition to the motion to dismiss the complaint is due no later than **May 5, 2020**. Defendant's reply papers are due no later than **May 19, 2020**.

Defendant is hereby directed to serve a copy of this Order on plaintiff by mail and file proof of such service on the docket.

Dated: New York, New York
       March 25, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**