```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMA BUSH,

        Plaintiff,

-against-

THE CITY OF NEW YORK,

        Defendant.

19-CV-5319 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's letter-motion for extension of time (Dkt. No. 30) is GRANTED IN PART. Plaintiff's deadline to respond to defendant's motion to dismiss (Dkt. No. 24) is hereby EXTENDED to **June 16, 2020**. Defendant's reply papers are due no later than **June 30, 2020**.

    Defendant is hereby directed to serve a copy of this Order on plaintiff by mail and file proof of such service on the docket.

Dated:  New York, New York
         May 12, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**