USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/30/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMA BUSH,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

19 Civ. 5319 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because all clams have been dismissed and Plaintiff has failed to amend his complaint by the stated deadline, ECF No. 41, the Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: June 30, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge